1  KENNETH A. FEINSWOG
2  Bar No. 129562
3  400 Corporate Pointe, Suite 300
   Culver City, California 90230
4  Telephone: (310) 846-5800

5  Attorney for Plaintiff

6

7
                    UNITED STATES DISTRICT COURT
8                   FOR THE CENTRAL DISTRICT
9                           OF CALIFORNIA

10

11  ------------------------------------------------------X   CIVIL ACTION NO.
12  BRAVADO INTERNATIONAL GROUP                               12-8700 CBM (AJWx)
    MERCHANDISING SERVICES, INC.
13
14                  Plaintiff,
15         -against-                          DECLARATION OF
                                              KENNETH A. FEINSWOG
16
17  TRIGGER 009 and ELMURAD
    KANDIMOV,
18                                            Date:  April 29, 2013
                                              Time:  11:00 A.M.
19                                            Ctrm:  2
20                  Defendants.
21  ------------------------------------------------------X

22

23     I, KENNETH A. FEINSWOG, declare as follows:

24       1.   I am the attorney for plaintiff in the above-referenced action and I
25
26  submit this declaration in support of plaintiff's motion for default judgment.
27

28

                                     1

2.    I annex hereto as Exhibit A accurate copies of pages that I printed out from eBay in February, 2012 exhibiting Elmurad Kandimov's sale of Justin Bieber, LMAFO and Metallica products.

3.    I annex hereto as Exhibit B an accurate copy of a letter that I sent to Mr. Kandimov on May 20, 2011.

4.    I annex hereto as Exhibit C an accurate copy of a letter that I sent to Mr. Kandimov on January 12, 2012.

5.    I annex hereto as Exhibit D an accurate copy of a page that I printed out from the United States Patent and Trademark Office Web site regarding the Metallica trademark registration for shirts.

6.      Defendant Elmurad Kandimov is not an infant or incompetent person and the Servicemembers Relief Act (50.U.S.C. §App. 521) does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of March, 2013, at Culver City, California.

s/Kenneth A. Feinswog
KENNETH A. FEINSWOG

3

# EXHIBIT A

ebY

Welcome! Sign in or register.

Community | eBay Motors | My eBay   Cart

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS | | eBay Buyer Protection Learn more |

Women. | Men. | Kids & Baby. | Brands. | Fashion Vault | Fashion Outlet

Back to Store | Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

Share: ☑ 🄵 ↳ | Add to Watch list

## Justin Bieber Justin's #1 Fan personalized T-shirt Gift

Like

**Item condition:** New without tags

Shirt:: | - Select - |
SIZE: | - Select - |
Quantity: | 1 | More than 10 available

Price: **US $14.95**    Buy It Now

Add to cart

Add to Watch list

QEnlarge

Sell one like this

BillMeLater **$5 back and 6 mos to pay** on 1st purchase
Subject to credit approval. See terms

Shipping:  **FREE** Expedited Shipping See more services   | See all details
Delivery:  Estimated between **Sat. Feb. 18 and Tue. Feb. 21**
Use One-day Shipping to get it by Feb. 17
Returns:  7 days money back, buyer pays return shipping | Read details

Learn more

### Top-rated seller

trigger009 ( 7711 ⭐ )

99.9% Positive feedback

- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track record of excellent service

Save this seller
See other items
Visit store:   One Stop Gift Shop and Plus

### Other item info

Item number:  290440616240
Item location:  Naperville, IL, United States
Ships to:  Worldwide
Payments:  PayPal, Bill Me Later
See details
History:  98 sold

Print | Report item

| **Description** | Shipping and payments |

Seller assumes all responsibility for this listing.

Last updated on Feb 09, 2012 15:09:21 PST View all revisions

### Item specifics

| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Brand: | Gildan |
| Main Color: | White | Style: | Short Sleeve |
| Colors: | White | Material: | 100% Cotton |

### One Stop Gift Shop and Plus

Visit my eBay store

Add this store to favorites   |  Sign up for newsletter

Search Store

T-shirts

### Store Categories

**Store home**
T-shirts
Embroidery
Caps
Altro

Justin Bieber custom personalized T-shirt

Welcome! Sign in or register.   Cart

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS | | eBay Buyer Protection |

Women.   Men.   Kids & Baby.   Brands.   Fashion Vault   Fashion Outlet

Back to Store | Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

Share: | Add to Watch list

## Justin's Girl personalized Justin Bieber Fan T-shirt

Like

| Item condition: | New without tags |
| Shirt:: | - Select - |
| SIZE: | - Select - |
| Quantity: | 1    More than 10 available |
| Price: | US $16.95 |

Buy it Now

Add to cart

Add to Watch list

⊡Enlarge

Sell one like this

**BillMeLater** $5 back and 6 mos to pay on 1st purchase
Subject to credit approval. See terms

| Shipping: | FREE Expedited Shipping See more services | See all details |
| Delivery: | Estimated between Sat. Feb. 18 and Tue. Feb. 21 Use One-day Shipping to get it by Feb. 17 | |
| Returns: | 7 days money back, buyer pays return shipping | Read details |

Learn more

### Top-rated seller
trigger009 ( 7711 ☆ )
99.9% Positive feedback
- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track record of excellent service

Save this seller
See other items
Visit store:   One Stop Gift Shop and Plus

### Other item info
Item number:   290440616380
Item location:   Naperville, IL, United States
Ships to:   Worldwide
Payments:   PayPal, Bill Me Later
See details
History:   310 sold

Print | Report item

---

| **Description** | Shipping and payments |

Seller assumes all responsibility for this listing.

Last updated on Feb 07, 2012 23:41:05 PST View all revisions

### Item specifics

| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Brand: | Gildan |
| Main Color: | White | Style: | Short Sleeve |
| Colors: | White | Material: | 100% Cotton |

## One Stop Gift Shop and Plus

Visit my eBay store

Add this store to favorites  |  Sign up for newsletter

Search Store

T-shirts

### Store Categories

Store home
T-shirts
Embroidery
Caps
Altro

Justin Bieber custom personalized T-shirt

ebaY



Welcome! Sign in or register.

my eBay | Sell | Community | Customer Support      Cart

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS |

eBay Buyer Protection Learn more

Women . | Men . | Kids & Baby . | Brands . | Fashion Vault | Fashion Outlet

Back to Store | Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

Share: ⚙ 📘 ❚ | Add to Watch list

## Justin Bieber YOU are My one LOVE T-shirt +Free NAME

Like



[Enlarge]

Sell one like this

| Item condition: | New without tags |
|---|---|
| SIZE: | - Select - |
| Shirt.: | - Select - |
| Quantity: | 1   More than 10 available |
| Price: | US $16.95 |

Buy it Now

Add to cart

Add to Watch list

BillMeLater **$5 back and 6 mos to pay** on 1st purchase
Subject to credit approval. See terms

Shipping:  **FREE** Expedited Shipping See more services  |  See all details

Delivery:  Estimated between **Tue. Feb. 21** and **Wed. Feb. 22**
Use One-day Shipping to get it by Feb. 18

Returns:  7 days money back, buyer pays return shipping | Read details

Learn more

### Top-rated seller

trigger009 ( 7711 ⭐ )

99.9% Positive feedback

- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track record of excellent service

Save this seller

See other items

Visit store:  One Stop Gift Shop and Plus

### Other item info

| Item number: | 300384608482 |
|---|---|
| Item location: | Naperville, Illinois, United States |
| Ships to: | Worldwide |
| Payments: | PayPal, Bill Me Later See details |
| History: | 123 sold |

Print | Report item

---

| **Description** | **Shipping and payments** |
|---|---|

Seller assumes all responsibility for this listing.

Last updated on Feb 09, 2012 10:24:48 PST View all revisions

### Item specifics

| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Brand: | Gildan |
|---|---|---|---|
| Main Color: | White | Style: | T-shirt |
| Shirt Color: | White | Material: | 100% Cotton |

### One Stop Gift Shop and Plus

Visit my eBay store

Add this store to favorites  |  Sign up for newsletter

Search Store

T-shirts

### Store Categories

**Store home**

**T-shirts**

**Embroidery**

**Caps**

**Altro**

Justin Bieber Fans T-shirt

**ebaY**  CO

Welcome! Sign in or register.

| Go | Buy | Sell | My eBay | Community | Customer Support | Cart |

eBay Buyer Protection  learn more

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS |

Women. | Men. | Kids & Baby. | Brands. | Fashion Vault | Fashion Outlet

Back to Store | Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

Share: | Add to Watch list

### Justin's Girl personalized custom Justin Bieber T-shirt

Like

| Item condition: | **New without tags** |
| Shirt:: | - Select - |
| SIZE: | - Select - |
| Quantity: | 1    More than 10 available |
| Price: | US $16.95 |

Buy It Now
Add to cart
Add to Watch list

**BillMeLater** **$5 back and 6 mos to pay** on 1st purchase
Subject to credit approval. See terms

| Shipping: | FREE Expedited Shipping See more services | See all details |
| Delivery: | Estimated between **Sat. Feb. 18 and Tue. Feb. 21**
Use One-day Shipping to get it by Feb. 17 |
| Returns: | 7 days money back, buyer pays return shipping | Read details |

Learn more

#### Top-rated seller
trigger009 ( 7711 )
99.9% Positive feedback

- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track record of excellent service

Save this seller
See other items
Visit store:   One Stop Gift Shop and Plus

#### Other item info
Item number:  290424525481
Item location:  Naperville, IL, United States
Ships to:  Worldwide
Payments:  PayPal, Bill Me Later
See details
History:  276 sold

Print | Report item

Enlarge

Sell one like this

---

| **Description** | Shipping and payments |

Seller assumes all responsibility for this listing.

Last updated on Feb 09, 2012 10:03:05 PST View all revisions

### Item specifics

| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Brand: | Gildan |
| Main Color: | White | | Style: | Short Sleeve |
| Colors: | White | | Material: | 100% Cotton |

### One Stop Gift Shop and Plus

Visit my eBay store

Add this store to favorites | Sign up for newsletter

Search Store

T-shirts

#### Store Categories
Store home
T-shirts
Embroidery
Caps
Altro

Justin Bieber custom T-shirt

**ebaY**   Welcome! Sign in or register.   Go | eBay |  | Community | Customer Support   🛒 Cart

| CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS |

Women .   Men .   Kids & Baby .   Brands .   Fashion Vault   Fashion Outlet

🔙 Back to Store | Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

Share: 🖂 📧 | Add to Watch list



⊕Enlarge

Sell one like this

### New Metallica Heavy Metal Band Black T-shirt all SIZES

Like

| Item condition: | New without tags |
| T-shirt: | - Select - |
| SIZE: | - Select - |
| logo COLOR: | - Select - |
| Quantity: | 1    More than 10 available |
| Price: | US $16.95   [Buy It Now] |
| | [Add to cart] |
| | [Add to Watch list] |

**Bill Me Later** $5 back and 6 mos to pay on 1st purchase
Subject to credit approval. See terms

Shipping:   FREE Expedited Shipping See more services   | See all details
Delivery:   Estimated between Sat. Feb. 18 and Tue. Feb. 21
Use One-day Shipping to get it by Feb. 17
Returns:   7 days money back, buyer pays return shipping | Read details

Learn more

**Top-rated seller**
trigger009 ( 7711 ⭐ )
99.9% Positive feedback

✔ Consistently receives highest buyers' ratings
✔ Ships items quickly
✔ Has earned a track record of excellent service

Save this seller
See other items
Visit store:   One Stop Gift Shop and Plus

### Other item info

Item number:   300390615582
Item location:   Naperville, IL, United States
Ships to:   Worldwide
Payments:   PayPal, Bill Me Later
See details
History:   277 sold

Print | Report item

---

| Description | Shipping and payments |

Seller assumes all responsibility for this listing.
Last updated on Feb 07, 2012 22:50:29 PST View all revisions

### Item specifics

| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Brand: | Gildan |
| Main Color: | Black | Style: | Short Sleeve |
| Shirt Color: | Black | Material: | 100% Cotton Preshrunk |

### One Stop Gift Shop and Plus

Visit my eBay store

Add this store to favorites  |  Sign up for newsletter

[                    ]  [ Search Store ]

T-shirts

**Store Categories**

Store home
T-shirts
Embroidery
Caps
Altro



Check out these other items that I have on eBay right now!

Time Remaining: 21 hrs 11 mins   Current Price: 29.95   =Buy Now   36.95
Search my items   [ Search ]   Click here to browse all my eBay items!

FREE
**auctiva**
Auctiva's FREE Scrolling Gallery will enhance all your listings.

**eBay** | Welcome! Sign in or register. | | my eBay | Sell | Community | Customer Support | 🛒 Cart

CATEGORIES | ELECTRONICS | FASHION | MOTORS | TICKETS | DEALS | CLASSIFIEDS | eBay Buyer Protection Learn more

Women. | Men. | Kids & Baby. | Brands. | Fashion Vault | Fashion Outlet

Back to Store | Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Accessories > Hats > Caps

Share: 🖼 📘 📧 | Add to Watch list

## Metallica Rock Music Black cap adjustable buckle hat

Like

| | |
|---|---|
| Item condition: | **New without tags** |
| Quantity: | 1 | More than 10 available |
| Price: | US $18.95 |

Buy It Now

Add to cart

Add to Watch list

💳 BillMeLater **$5 back and 6 mos to pay** on 1st purchase
Subject to credit approval. See terms

| | |
|---|---|
| Shipping: | **FREE** Expedited Shipping See more services   \| See all details |
| Delivery: | Estimated between **Sat. Feb. 18 and Tue. Feb. 21**<br>Use One-day Shipping to get it by Feb. 17 |
| Returns: | 7 days money back, buyer pays return shipping \| Read details |

Enlarge

Sell one like this

Learn more

**Top-rated seller**
trigger009 ( 7711 ⭐ )
99.9% Positive feedback

- Consistently receives highest buyers' ratings
- Ships items quickly
- Has earned a track record of excellent service

Save this seller
See other items
Visit store:   One Stop Gift Shop and Plus

### Other item info
| | |
|---|---|
| Item number: | 290423109749 |
| Item location: | Naperville, IL, United States |
| Ships to: | Worldwide |
| Payments: | PayPal, Bill Me Later<br>See details |
| History: | 46 sold |

Print | Report item

| **Description** | **Shipping and payments** |
|---|---|

Seller assumes all responsibility for this listing.
Last updated on Feb 08, 2012 00:31:25 PST View all revisions

### Item specifics
| | | | |
|---|---|---|---|
| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Size: | One Size |
| Material: | 100% Cotton | Brand: | Authentic Headwear |
| Main Color: | Black | Style: | B-cap |
| Strap: | Adjustable | | |

## One Stop Gift Shop and Plus
Visit my eBay store

Add this store to favorites  |  Sign up for newsletter

[ Search Store ]

T-shirts

### Store Categories
**Store home**
**T-shirts**
**Embroidery**
**Caps**
**Altro**

# New Metallica Ball Cap

ebY  [logo]

Welcome! Sign in or register.                    [Go]   My eBay   Sell   Community   Customer Support      Cart

CATEGORIES    ELECTRONICS   FASHION   MOTORS   TICKETS   DEALS   CLASSIFIEDS                    eBay Buyer Protection Learn more

Women .   Men .   Kids & Baby .   Brands .     Fashion Vault    Fashion Outlet

Back to Store |  Clothing, Shoes & Accessories > Unisex Clothing, Shoes & Accs > Unisex Adult Clothing > T-Shirts

Share: [icons]  Add to Watch list

**Everyday IM shufflin T-shirt I'm shuffling LMFAO tee**

[Like]

Item condition:  **New without tags**

SIZE:  [ - Select - ▾]

Shirt:  [ - Select - ▾]

Quantity:  [ 1 ]      More than 10 available

Price:  US $16.95      [Buy It Now]

[Add to cart]

[Add to Watch list]

BillMeLater  **$5 back and 6 mos to pay on 1st purchase**
Subject to credit approval. See terms

Shipping:  **FREE** Expedited Shipping See more services    | See all details

Delivery:  Estimated between **Tue. Feb. 21 and Wed. Feb. 22**
Use One-day Shipping to get it by Feb. 18

Returns:  7 days money back, buyer pays return shipping | Read details

Learn more

| **Top-rated seller** |
| trigger009 ( 7711 ☆ ) |
| 99.9% Positive feedback |
| Consistently receives highest buyers' ratings |
| Ships items quickly |
| Has earned a track record of excellent service |
| Save this seller |
| See other items |
| Visit store:   One Stop Gift Shop and Plus |

**Other item info**

Item number:  290582062223
Item location:  Naperville, Illinois, United States
Ships to:  Worldwide
Payments:  PayPal, Bill Me Later
See details
History:  88 sold

Print | Report item

**Description** | **Shipping and payments**

Seller assumes all responsibility for this listing.
Last updated on Feb 09, 2012 10:22:52 PST View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New without tags: A brand-new, unused, and unworn item (including handmade items) that is not in original packaging or ... Read more | Brand: | Gildan |
| Main Color: | White | Style: | T-shirt |
| Shirt Color: | White | Material: | 100% Cotton |

**One Stop Gift Shop and Plus**                    Visit my eBay store

Add this store to favorites  |  Sign up for newsletter

[              ]  [Search Store]

T-shirts

**Store Categories**

Store home
T-shirts
Embroidery
Caps
Altro

**LMFAO PARTY ROCK shuffling T-shirt**

# EXHIBIT B

### KENNETH A. FEINSWOG
ATTORNEY AT LAW
400 CORPORATE POINTE, SUITE 300
CULVER CITY, CALIFORNIA 90230

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

May 20, 2011

**VIA FEDERAL EXPRESS**

Trigger 009
4234 Central Park Lane
Aurora, IL  60504

   **Re:** **Bravado International Group Merchandising Services, Inc. v.**
      **Trigger 009**

Dear Sir or Madame:

   I am the attorney for Bravado International Group Merchandising Services, Inc., the exclusive licensee for many musical performers including Justin Bieber.

   We have discovered that you are using the Justin Bieber trademark and/or likeness in connection with the sale of various products.  Demand is hereby made that you cease and desist all distribution and/or advertising of the aforesaid infringing merchandise.

   In addition, further demand is made that you forward to me the following:

   (a) All your present inventory of the aforesaid infringing merchandise and advertising and promotional material relating to the said merchandise;

   (b) A written statement of the total number of units of such merchandise you have sold to date and the total dollar amount you have received from such sales; and

   (c) A complete list of the names and addresses of all parties from whom you purchased said merchandise and/or to whom you sold said merchandise.

   If legal proceedings are instituted, you can be held liable for, *inter alia*, three times your profits and/or my client's damages plus my client's attorneys' fees.

Trigger 009
May 20, 2011
Page 2

I look forward to your prompt response hereto.

This letter is written without waiver of or prejudice to any of my client's rights or remedies.

Very truly yours,

Kenneth A. Feinswog

KAF/mf

cc:    Eric J. Bender, Esq.

# EXHIBIT C

**KENNETH A. FEINSWOG**
ATTORNEY AT LAW
400 CORPORATE POINTE, SUITE 300
CULVER CITY, CALIFORNIA 90230

MEMBER OF CALIFORNIA, NEW YORK
AND NEW JERSEY BARS

TELEPHONE: (310) 846-5800
FACSIMILE: (310) 846-5801

January 12, 2012

**VIA FEDERAL EXPRESS**

Elmurad Kandimov
Trigger 009
4234 Central Park Lane
Aurora, IL 60504

Re:   **Bravado International Group Merchandising Services, Inc. v.
Trigger 009**

Dear Mr. Kandimov:

I am the attorney for Bravado International Group Merchandising Services, Inc., the exclusive licensee for many musical performers including Justin Bieber, Metallica and LMFAO.

Despite the fact that you have been instructed to cease and desist, we have discovered that you are still selling infringing merchandise bearing the names, trademarks and likenesses of the aforesaid performers. Unless you <u>immediately</u> contact me to inform me that you have ceased and desisted from the sale of said items and supply me a complete accounting of all sales in connection therewith on or before January 20, 2012, my client will exercise all available remedies against you.

Be advised that my client will not tolerate your incredible defiance of my client's rights.

You will significantly increase your exposure and liability if you fail to respond because you are liable for all attorneys' fees and investigative costs that have been incurred and will be incurred because of your infringement.

Trigger 009
January 12, 2012
Page 2


I look forward to your immediate response hereto.

Very truly yours,

Kenneth A. Feinswog


KAF/mf
cc:    Eric J. Bender, Esq.

# EXHIBIT D



**United States Patent and Trademark Office**

Home  Site Index  Search  FAQ  Glossary  Guides  Contacts  eBusiness  eBiz alerts  News  Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Mon Mar 25 05:02:46 EDT 2013*

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   BOTTOM   HELP   PREV LIST   CURR LIST   NEXT LIST

FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

Logout  | Please logout when you are done to release system resources allocated for you.

Start | List At: [        ] OR Jump | to record: [        ]   **Record 5 out of 9**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | METALLICA |
| **Goods and Services** | IC 025. US 022 039. G & S: clothing, namely, shirts, sweatpants, hockey jerseys, soccer jerseys, sweatshirts, [ fashion knit shirts, button-down shirts,] basketball jerseys, long-sleeve t-shirts, tank tops, jackets, [sweaters, ] baseball jerseys, baby doll t-shirts, polo shirts, [wind breakers,] muscle t-shirts, baby rompers, toddler t-shirts, allovers, [bandannas,] mock turtle necks, [track pants, ponchos,] and hooded shirts. FIRST USE: 19841100. FIRST USE IN COMMERCE: 19841100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76180790 |
| **Filing Date** | December 14, 2000 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 14, 2001 |
| **Registration Number** | 2504291 |
| **Registration Date** | November 6, 2001 |
| **Owner** | (REGISTRANT) Metallica James Hetfield, Kirk Hammett and Jason Newsted, all U.S. citizens, and Lars Ulrich, a Danish citizen PARTNERSHIP CALIFORNIA 10990 Wilshire Blvd, 8th floor c/o WG&S, LLP Los Angeles CALIFORNIA 90024 |
| **Attorney of Record** | Jill M. Pietrini |
| **Prior Registrations** | 1818269;1819042;1840372;1842920;1923477;2038081;2085137;2198824;2213592;2231065;2260193;2260705;2306784;2306932;2321362;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110912. |
| **Renewal** | 1ST RENEWAL 20110912 |
| **Live/Dead Indicator** | LIVE |