KENNETH A. FEINSWOG
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT
# OF CALIFORNIA

-------------------------------------------------X
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

                Plaintiff,

                -against-

TRIGGER 009 and ELMURAD KANDIMOV,

                Defendants.
-------------------------------------------------X

CIVIL ACTION NO.
12-8700 CBM (AJWx)

DECLARATION OF
PETE D'AURIA

Date: April 29, 2011
Time: 11:00 A.M.
Ctrm: 2

    I, PETE D'AURIA, declare as follows:

    1.    I am chief financial officer of Bravado International Group Merchandising Services, Inc., the exclusive licensee for the sale of merchandise bearing the names, trademarks, likenesses and artwork and designs for many

1

musical performers including Justin Bieber, LMFAO and Metallica. I submit this declaration in support of plaintiff's motion for default judgment.

2. I am fully familiar with all shirts and hats that have been licensed for Justin Bieber, LMFAO and Metallica.

3. I have reviewed the pictures of the shirts and hat that are annexed to the Kenneth A. Feinswog declaration as Exhibit A. I can confirm that each of the Justin Bieber shirts includes his likeness and at least a portion of his name and said shirts were never authorized. I also confirm that the Metallica shirts and cap include the Metallica trademark and were never authorized. I also confirm that the LMFAO trademark was used in the advertising for LMFAO-related shirts and the use of said trademark in connection therewith was never authorized. In addition thereto, the design on said shirt is related to LMFAO because the words "Everyday I'm Shuffilin" are derived from a LMFAO song which has become extremely popular and has become readily associated with LMFAO. The walking

person design over the "Everyday I'm Shufflin'" words, that appears on defendants' LMFAO shirts, is a copy of a LMFAO design that plaintiff has used on its shirts.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 20 of March, 2013, at New York, New York.

_____
PETE D'AURIA