KENNETH A. FEINSWOG
Bar No. 129562
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT
OF CALIFORNIA

----------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC.

                 Plaintiff,

          -against-

TRIGGER 009 and ELMURAD
KANDIMOV,

                Defendants.
----------------------------------------------------------X

CIVIL ACTION NO.
12-8700 CBM (AJWx)

DECLARATION OF
ADRIANA BAEZA

Date: April 29, 2013
Time: 11:00 A.M.
Ctrm: 2

    I, ADRIANA BAEZA declare as follows:

    1. I was an employee of IPEC, Inc., an investigative company licensed in compliance with the laws of the state of California, in April and May, 2011.

1

2. I submit this declaration in support of plaintiff's motion for default judgment.

3. On April 28, 2011, I placed an order on eBay for a Justin Bieber shirt from Trigger 009. On May 10, 2011, I received said shirt in a package with a return address of Elmurad Kandimov, 4234 Central Park Lane, Aurora, Illinois 60504. A copy of the page depicting the shirt that I ordered is annexed hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 of March, 2013, at Los Angeles, California.

_____
ADRIANA BAEZA

2

# EXHIBIT A

## Justin Bieber custom T-shirt




click picture to enlarge

click picture to enlarge




click picture to enlarge

click picture to enlarge



New custom personalized Justin's Girl T shirt.
You can put any name and personalize this awesome t-shirt for Free.

Justin's Girl text can be changed to any other custom text of your choice upon request.
If you would like to change the font or font color, please let me know in Ebay messages or in Paypal notes.
Please let us know your personalization details in Paypal notes during checkout or in Ebay messages. If we do not receive your personalization details after payment completes, your order will be shipped without a personalization.