# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

----------------------------------------------------------X

BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC.

      Plaintiff,

    Vs.

TRIGGER 009 and ELMURAD KANDIMOV,

      Defendants.

----------------------------------------------------------X

CIVIL ACTION NO. 12-8700 CBM (AJWx)

**FINAL JUDGMENT AND <u>PERMANENT INJUNCTION</u>**

  Plaintiff filed its complaint on October 10, 2012 against Defendants Trigger 009 and Elmurad Kandimov for trademark infringement and unfair competition. The Clerk of Court entered default judgment against defendant Elmurad Kandimov on February 26, 2013.

  IT IS HEREBY ORDERED that:

1. This Court has jurisdiction over the subject matter of this action and over the parties.
2. The Complaint for trademark infringement and unfair competition states a claim for relief.
3. Notice of this action has been given in the manner required by law. No appearances were made in this action by defendant Elmurad Kandimov. The Court deems that all allegations of the Complaint against defendant Elmurad

Kandimov to be true. Further, in defaulting, defendant Elmurad Kandimov "ha[s] admitted all well-pleaded factual allegations contained in the [c]omplaint[]." *DIRECTV, Inc. v. Hoa Huynh*, 503 F.3d 847, 851 (9th Cir. 2007).

4. Judgment is entered against defendant Elmurad Kandimov in the amount of $103,039.36 consisting of trebled profits of $47,537.85 and statutory damages of $50,000.00. Plaintiffs are entitled to attorney's fees of $5,501.51 based on calculations made pursuant to Local Rule 55-3.

5. Elmurad Kandimov is permanently enjoined from selling, manufacturing and/or distributing any merchandise bearing the names, trademarks and/or likenesses of Justin Bieber, LMFAO and Metallica.



Date: May 17, 2013       THE HONORABLE CONSUELO B. MARSHALL
                         UNITED STATES DISTRICT COURT JUDGE