KENNETH A. FEINSWOG (Bar. No. 129562)
400 Corporate Pointe, Suite 300
Culver City, California 90230
Telephone: (310) 846-5800
Email: kfeinswog@gmail.com

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT,

## IN AND FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAVADO INTERNATIONAL GROUP MERCHANDISING SERVICES, INC., <br><br> Plaintiff, <br> v. <br> TRIGGER 009 and ELMURAD KANDIMOV, <br><br> Defendants. | CIVIL CASE NO. <br> 12-8700--CBM (AJWx) <br><br> **RENEWAL OF JUDGMENT BY CLERK** |

    Based upon the application for renewal of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320 and for good cause appearing, therefore:

    The judgment to and against Defendants Trigger 009 and Elmurad Kandimov entered on May 17, 2013 (a copy of which is attached) is hereby renewed in the amounts set forth below:

1

Renewal of Money Judgment:

| | | |
|---|---|---:|
| a. | Total judgment | $ 103,039.36 |
| b. | Costs after judgment | 0.00 |
| c. | Attorneys' fees | 0.00 |
| d. | Subtotal | $ 103,039.36 |
| e. | Credits after judgment | 0.00 |
| f. | Subtotal | $ 103,039.36 |
| g. | Interest after judgment | 0.00 |
| h. | Fee for filing renewal | 0.00 |
| i. | **Total renewed judgment** | **$ 103,039.36** |

DATED: May 9, 2023

*Sharon Hall Brown*
_____
Clerk

2